Clerk of Court
United States District Court
Southern District of Texas – Houston Division
Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

SEP 1 2 2025

Re: Filing of Complaint – Moss v. SLSCO, LTD.

Nathan Ochsner, Clerk of Court

Dear Clerk of Court:

Please find enclosed for filing in the Houston Division of the Southern District of Texas the following documents:

1. **Complaint for Employment Discrimination** (Pro Se 7) with attached exhibits, including:
   - **Exhibit A – Statement of Facts**
   - **Exhibit B – EEOC Notice of Right to Sue**
   - **Exhibit C – EEOC Charge of Discrimination**
   - **Exhibit D – Certificate of Interested Parties**
2. **Civil Cover Sheet (JS-44);** and
3. **Application to Proceed In Forma Pauperis (AO-239).**

I respectfully request that these documents be filed in accordance with the Court's procedures. If the Court requires any additional information or correction, please advise me at the contact information below. Please file these documents in the above-referenced matter. I respectfully request that the enclosed Complaint be docketed and assigned a civil action number.

I have enclosed a self-addressed stamped envelope for return of a file-stamped copy for my records.

Thank you for your time and assistance.

Respectfully,

*[signature]*

Makayla Moss
6203 Lakeridge Rd.
Arlington, TX 76016
(682) 247- 1452
mossmakayla@gmail.com
Dated: August 23, 2025