United States District Court
Southern District of Texas

**ENTERED**

April 09, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| MAKAYLA MOSS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:26-cv-00050 |
| | § | |
| SLSCO, LTD. *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On March 9, 2026, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 26. Judge Edison filed a memorandum and recommendation on March 24, 2026, recommending that Plaintiff Makalya Moss's motion for extension of time to serve Defendant SLSCO, Ltd. (Dkt. 22) be granted, Moss's motion to reissue summons to SLS be denied as moot (Dkt. 24), Defendants' motion to dismiss (Dkt. 21) be denied as to SLS, and the Marshals be ordered to effect service on SLS. Dkt. 30. Judge Edison further recommended that Defendants' motion to dismiss (Dkt. 21) be granted as to Defendant ModCorr LLC. After Judge Edison filed his memorandum and recommendation, the Marshals filed a return of service for SLS, mooting Moss's motion for extension of time and motion to reissue summons. Dkt. 36.

On April 7, 2026, Moss filed her objections to the memorandum and recommendation. Dkt. 37. In accordance with 28 U.S.C. § 636(b)(1)(C), this court

is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)    Judge Edison's memorandum and recommendation (Dkt. 30) is approved and adopted in its entirety as the holding of the court;

(2)    Defendants' motion to dismiss (Dkt. 21) is denied as to SLS and granted as to ModCorr; and

(3)    ModCorr is dismissed from this litigation.

SIGNED on Galveston Island this 9th day of April 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE